FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 20 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ERICA KELLEY,

        Plaintiff,

v.

CHILDREN'S HEALTHCARE OF ATLANTA, INC.,

        Defendant.

Civil Action File
No. 1:22-cv-05046-VMC-RGV

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Erica Kelley ("Plaintiff") and Defendant Children's Healthcare of Atlanta, Inc., ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and hereby stipulate that the above-styled action should be dismissed in its entirety with prejudice. Plaintiff and Defendant agree to bear their own attorneys' fees and costs associated with this action.

Respectfully submitted this 9th day of June, 2023.

/s/ *Erica Kelley*
Erica Kelley
*Pro se*
1579 Emily Ave.
Auburn, AL 36830
mseakell@gmail.com
(404) 721-7727

/s/ *Philip L. Lu**
Owen T. Hill
Georgia Bar No. 890037
Philip L. Lu
Georgia Bar No. 890037
LITTLER MENDELSON, P.C.
3424 Peachtree Road, N.E.,
Suite 1200
Atlanta, GA 30326.1127
ohill@littler.com
plu@littler.com

Telephone: 404.233.0330
Facsimile:  404.233.2361

Counsel for Defendant

*with express consent*

Kelley, Erica
1579 Emily Ave
Auburn AL 36830



MONTGOMERY AL 360

17 JUN 2023 PM 4 L

Richard B. Russell Federal Building
US District Court Clerk's office
For Northern District of Georgia
75 Ted Turner Dr., SW
Room #2211
Atlanta, GA 30303

CLEARED DATE
JUN 2 0 2023
U.S. Marshals Service
Atlanta, GA 30303

30303-331861